**Order filed April 18, 2013 Withdrawn, Motion Granted; Appeal Reinstated and Order filed May 9, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00167-CR
_____

**MARK BRIAN MORRIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 209th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1356410**

## ORDER

On April 18, 2013, this Court issued an order abating the appeal and directing the trial court to conduct a hearing to appoint counsel on appeal.

Today, appellant filed a motion to reinstate the appeal because counsel has been appointed.

The motion is granted.  Our order of April 18, 2013, is withdrawn.  The appeal is reinstated.  The reporter's record is due June 10, 2013.

PER CURIAM